UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| DREW MORGAN and<br>MARY HARGIS,<br><br>　　Plaintiffs,<br><br>V.<br><br>MATT G. BEVIN, in his official<br>capacity as Governor of Kentucky,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 3:17-cv-00060-GFVT<br><br><br>**ORDER** |

*** *** *** ***

This matter is before the Court upon the parties' Joint Motion to Extend Scheduling Order Deadlines. [R. 72.] Trial in this matter is currently scheduled for October 29, 2019, with a final pretrial conference scheduled for October 16, 2019. [R. 60.] Motions for summary judgment are pending before this Court. [R. 62, R. 63.] The parties request an additional sixty (60) days in order to determine the necessary and relevant information to include in the pretrial memoranda. [R. 72.] Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The Parties' Joint Motion to Extend and Continue [R. 72] is **GRANTED**;

2. All dispositive motion deadlines are extended for sixty (60) days.

3. Final Pretrial Conference in this matter is **CONTINUED** to **Wednesday, December 18, 2019,** at the hour of **2:30 p.m.** in the Courtroom of the United States Courthouse in **Frankfort**, **Kentucky**; and

4. Trial for this matter is **CONTINUED** to **Tuesday, January 7, 2020**, at the hour of

**10:00 a.m.** in the Courtroom of the United States Courthouse in **Frankfort**, **Kentucky**, with counsel to arrive by 9:30 a.m.

This the 9th day of October, 2019.

Gregory F. Van Tatenhove
United States District Judge