UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION - FRANKFORT
CIVIL MINUTES – GENERAL

Case No. <u>3:17-cv-60-GFVT</u>                At: <u>Frankfort</u>                Date: <u>November 27, 2019</u>

Case Style:    <u>Morgan et al v. Bevin</u>

---

PRESENT:        HON.  <u>GREGORY F. VAN TATENHOVE</u>, UNITED STATES DISTRICT JUDGE

<u>Colleen Dawkins</u>                          <u>Sandy Wilder</u>
Deputy Clerk                              Court Reporter

<u>Attorneys Present for Plaintiff:</u>        <u>Attorneys Present for Defendant:</u>
Corey M. Shapiro                          S. Chad Meredith
Heather L. Gatnarek                       Matthew F. Kuhn
Michael P. Abate

PROCEEDINGS: **TELEPHONIC STATUS CONFERENCE**

    This matter was called for a telephonic status conference with the parties present at noted above. The Court heard discussion of counsel.  A separate order shall issue.

    This the 27th day of November, 2019

Gregory F. Van Tatenhove
United States District Judge

COPIES TO:  COR
Clerk's Initials: scd
TIC: 0/21