UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| DREW MORGAN and MARY HARGIS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| V. | ) ) | Case No. 3:17-cv-00060-GFVT-EBA |
| MATT G. BEVIN, in his official capacity as Governor of Kentucky, | ) ) ) | **ORDER** |
| Defendant. | ) ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Court's own motion. Consistent with the position the Court pronounced at the status conference held on November 27, 2019 [R. 77], the Final Pretrial Conference scheduled for December 20, 2019 is hereby **CANCELLED**. Likewise, trial scheduled for January 7, 2020, is **CANCELLED**.

This 12th day of December, 2019.

Gregory F. Van Tatenhove
United States District Judge